IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CV-18-D

| | |
|---|---|
| EMILY RENEE LOCKLEAR, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ROBESON COUNTY DEPARTMENT ) | |
| OF SOCIAL SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

On October 3, 2018, this court directed Emily Renee Locklear ("Locklear" or "plaintiff"), proceeding pro se, to particularize her complaint by providing additional information in support of her claims. See [D.E. 10]. On October 26, 2018, Locklear filed an amended complaint [D.E. 11]. On November 7, 2018, the court referred the matter to Magistrate Judge Numbers for frivolity review [D.E. 12]. On January 9, 2019, Magistrate Judge Numbers issued a Memorandum and Recommendation ("M&R") [D.E. 15] and recommended that Locklear's application to proceed in forma pauperis be granted and that the complaint be dismissed. See [D.E. 15]. Locklear did not object to the M&R.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (emphasis, alteration, and quotation omitted); see 28 U.S.C. § 636(b). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Diamond, 416 F.3d at 315 (quotation omitted).

The court has reviewed the M&R and the record. The court is satisfied that there is no clear error on the face of the record. Accordingly, the court adopts the conclusions in the M&R [D.E. 15].

In sum, Locklear's application to proceed in forma pauperis [D.E. 1] is GRANTED and Locklear's amended complaint is DISMISSED without prejudice. The clerk shall close the case.

SO ORDERED. This 19 day of February 2019.

*J. Dever*
JAMES C. DEVER III
United States District Judge