UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| EMILY RENEE LOCKLEAR, A.K. LOCKLEAR, F.S.J. LOCKLEAR, J.N. LOCKLEAR, J.W.L. LOCKLEAR, C.S.M. LOCKLEAR, D.J.D. NOID, D.M. NOID, D.J. NOID, )<br><br>Plaintiffs, )<br><br>v. )<br><br>ROBERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, VELVET NIXON, JOHN B. CARTER, JR., BECKY MORROW, KIM BRITT, SARAH HUNT, LATOSHA SMITH, HEATHER LOCKLEAR, TAMMY SMITH, TAMMY MANNING, BELINSA OXENDINE, LATISHA SMITH, HOLLY MILLER, CRYSTAL BRABOY, and JENEENE DANIELS, )<br><br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:18-cv-18-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 15]. Locklear's application to proceed in forma pauperis [D.E. 1] is GRANTED and Locklear's amended complaint is DISMISSED without prejudice.

**This Judgment Filed and Entered on February 19, 2019, and Copies To:**

Emily Renee Locklear  (Sent to P.O. Box 1234 Fairmont, NC 28340 via US Mail)

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| February 19, 2019 | (By) /s/ Nicole Sellers |
| | Deputy Clerk |